

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

## No. 07-19-00199-CR

### MANDY KAY DAVIS, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 64,096-E, Honorable Douglas R. Woodburn, Presiding

## November 20, 2019

## ORDER OF ABATEMENT AND REMAND

### Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Mandy Kay Davis appeals the trial court's judgment revoking her community supervision and sentencing her to five years' confinement for the offense of burglary of a habitation.[1] The clerk's record has been filed but does not contain the trial court's certification of appellant's right to appeal the judgment revoking her community supervision. TEX. R. APP. P. 25.2(a)(2) (requiring the trial court to enter a certification of

---

[1] TEX. PENAL CODE ANN. § 30.02(c)(2) (West 2019).

defendant's right of appeal each time it enters a judgment of guilt or other appealable order).  By letter of September 26, 2019, we notified the trial court of the omission and requested that the court file a certification with the district clerk by October 28.  Tex. R. App. P. 37.1.  The district clerk has notified us that the certification remains outstanding.

Accordingly, we now abate the appeal and remand this cause to the trial court to prepare a certification of appellant's right of appeal in accordance with Rule of Appellate Procedure 25.2(d).  The certification shall be included in a supplemental clerk's record filed with the Clerk of this Court by December 20, 2019.  Tex. R. App. P. 34.5(c)(2).

It is so ordered.

Per Curiam

Do not publish.